```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16446
    CECILA WYATT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0142


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/26/2008 and was not confirmed.

    The case was dismissed without confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          1053.73          .00            .00
AMERICREDIT FINANCIAL SV   SECURED NOT I   NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00            .00
GLOBAL TELEDATA            UNSECURED       NOT FILED           .00            .00
AUTO WORLD                 UNSECURED       NOT FILED           .00            .00
CHECK INTO CASH            UNSECURED       NOT FILED           .00            .00
CITICASH LOANS             UNSECURED           282.86          .00            .00
CITY OF CHICAGO PARKING    UNSECURED          2750.00          .00            .00
US CELLULAR CHICAGO        UNSECURED       NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
COLL REC BUR               UNSECURED       NOT FILED           .00            .00
CAR TOWN                   UNSECURED       NOT FILED           .00            .00
PFF EMERGENCY SERVICES     UNSECURED       NOT FILED           .00            .00
PFF EMERGENCY SERVICES     UNSECURED       NOT FILED           .00            .00
NATIONAL QUICK CASH        UNSECURED           286.06          .00            .00
NATIONAL RECOVERIES        UNSECURED       NOT FILED           .00            .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED           .00            .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED           .00            .00
KNS FUNDING INC            UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED           273.82          .00            .00
WEST SIDE EMERGENCY PHYS   UNSECURED       NOT FILED           .00            .00
WEST SIDE EMERGENCY PHYS   UNSECURED       NOT FILED           .00            .00
WEST SIDE EMERGENCY PHYS   UNSECURED       NOT FILED           .00            .00
CIRILO PEREZ               NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,474.00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16446 CECILA WYATT
```

```
TRUSTEE                                                   .00

PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                       ---------------    ---------------
TOTALS                                            .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
    Dated: 12/22/08                    _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
         CASE NO. 08 B 16446 CECILA WYATT
```